J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

FILED

2012 SEP 11   AM 10:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No.: CV12-06512 RSWL (CWx) |
| Plaintiff, | PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| v. | |
| Dominic Pereira, an individual and d/b/a as Amazon.com Seller ElectronicAge and Does 1-10, inclusive, | DEMAND FOR A JURY TRIAL |
| Defendants. | |

Plaintiff Warner Bros. Home Entertainment Inc. ("Warner Bros.") for its First

Amended Complaint allege as follows:

## A.  Introduction

1.    Warner Bros. owns exclusive United States distribution rights in various

creative works, including, but not limited to, *One Tree Hill, The Wire, Rizzoli &*

*Isles, True Blood, Entourage, Big Bang Theory* and *Chuck* ("the Warner Bros.

Works"). Each of the Warner Bros. Works is entitled to copyright protection.

Defendants, through the online venue Amazon.com, distribute, promote, offer for sale

and sell counterfeit copies of the Warner Bros. Works (the "Counterfeit Product").

Warner Bros. is informed and believes and based thereon alleges that this

infringement activity is systematic and willful or done with reckless disregard of

COPY

Warner Bros.' intellectual property rights. Warner Bros. asks that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

**B.    Jurisdiction and Venue**

2.    Plaintiff brings this action pursuant to 17 U.S.C. §§ 101, *et seq*. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a).

3.    The events giving rise to the claim alleged herein occurred, among other places, within this judicial district. Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

**C.    Warner Bros.**

4.    Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5.    Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6.    Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the motion pictures in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations which are listed in Exhibit "A," attached hereto, and incorporated herein by this reference. Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

7.    The expression and other distinctive features of the Warner Bros. Works are wholly original with Warner Bros., its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8.      Warner Bros. has secured from Warner Bros. Entertainment Inc. and Home Box Office, Inc. the exclusive rights and privileges to reproduce, distribute, or license the reproduction or distribution of the Warner Bros. Works throughout the United States.  Warner Bros., its affiliates, licensees and/or assignors have complied in all respects with the laws governing copyright.

9.      The Warner Bros. Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Warner Bros., its affiliates, licensees and/or assignors have complied with their obligations under the copyright laws, and Warner Bros., in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights for home video distribution in each of the Warner Bros. Works.

**D.      Defendants**

10.      Defendant Dominic Pereira ("Pereira") is an individual and does business on Amazon.com using the seller identities, "ElectronicAge" and Cinopolis. Plaintiff is informed and believes that Pereira is a resident of Signal Hill, in the State of California.  Plaintiff is informed and believes Pereira transacts business in this judicial district through offers and sales of the Counterfeit Product in this judicial district, among other places.

11.      Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district and are subject to the jurisdiction of the Court.  Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of Defendant or other entities or individuals who, in this judicial district, are manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Warner Bros. Works.  The identities of the various Does are unknown to Warner Bros. at this time.  The First Amended Complaint will

be amended to include the names of such individuals when identified.  The Defendant and Does 1 – 10 are collectively referred to herein as "Defendants."

### E.   Defendants' Infringing Activities

12.   Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.  Amazon.com, Inc. operates retail websites which include www.amazon.com, www.amazon.co.uk, www.amazon.de, www.amazon.co.jp, www.amazon.fr, www.amazon.ca, www.amazon.cn, www.amazon.it and www.amazon.es.

13.   Among other things, through its websites, Amazon.com, Inc. offers e-commerce platforms that enable third parties to sell products on Amazon.com (the "Website"). The Website provides services to third-party sellers, including the Defendants.  Such services include, but are not limited to, design of the webpage describing and/or illustrating the product being offered by third-party Amazon.com sellers, access to the Internet community seeking product offered by the third-party sellers and fulfillment services through which Amazon.com sellers can have goods shipped from Amazon.com warehouses using Amazon.com employees to perform packaging and shipping services.

14.   More than two million Amazon.com users employ the Amazon.com e-commerce platform to offer product or services to Internet users.  Smaller sellers participate in Amazon Marketplace where they offer new, used and collectible selections at fixed prices to Amazon customers around the world.

15.   Among the third-party sellers who employ the Website platform to market, offer, sell and distribute their merchandise are the Defendants.  The Defendants have employed the Website to market, offer, sell and distribute the Counterfeit Product.  Warner Bros. is informed and believes and based thereon alleges that the Defendants have distributed, advertised and/or sold and continue to copy, reproduce, distribute, advertise and/or sell unauthorized copies of motion

pictures owned by Warner Bros., including, but not necessarily limited to, the Warner Bros. Works identified in paragraph 1, above, and Exhibit "A." Defendants do so using the Website. Defendants have not been authorized by Warner Bros. to reproduce, distribute, sell or offer for sale any of the Warner Bros. Works.

16.    By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Warner Bros.' copyrights. Warner Bros. has sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Warner Bros. Works.

F.    **Warner Bros.'s Damages**

17.    Warner Bros. is informed and believes, and upon that basis alleges, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

18.    Warner Bros. is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Warner Bros. will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Warner Bros. Works. In the alternative, Warner Bros. may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each of the Warner Bros. Works infringed.

19.    Warner Bros. has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts. Warner Bros. is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Warner Bros. Accordingly, Warner Bros. seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Counterfeit

Product, including the means of production as provided by 17 U.S.C. § 503.

20.     By reason of the foregoing, Warner Bros. has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims, which attorneys' fees and costs Warner Bros. is entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

21.     Warner Bros. is without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Warner Bros. will be irreparably harmed by Defendants' deliberate and systematic infringement of its rights.

## **PRAYER FOR RELIEF**

WHEREFORE, Warner Bros. asks this Court to order that:

1.     Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Warner Bros. Works in any manner, including generally, but not limited to:

   a.  Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Warner Bros. Works;

   b.  Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Warner Bros. Works; or

   c.  Marketing, advertising and/or promoting any unauthorized copies of the Warner Bros. Works.

2.     That Warner Bros. and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

   a.  All Counterfeit Product;

   b.  Any other unauthorized product which reproduces, copies,

counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof;

c.  Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Counterfeit Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Warner Bros. Works, or any part thereof.

3.  Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Warner Bros.' election;

4.  Defendants be required to account for and pay over to Warner Bros. all damages sustained by Warner Bros. and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5.  Defendants be required to pay Warner Bros. their costs of this action and reasonable attorneys' fees; and

6.  Warner Bros. be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated:  September 11, 2012          J. Andrew Coombs, A Professional Corp.


By: _J. Andrew Coombs /nld_
       J. Andrew Coombs
       Nicole L. Drey
       Attorneys for Plaintiff Warner Bros. Home
       Entertainment Inc.

1

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Warner Bros. Home Entertainment Inc. hereby demands a trial by jury of all issues so triable.

Dated: September 11, 2012          J. Andrew Coombs, A Professional Corp.


By: _J. Andrew Coombs /nld_
     J. Andrew Coombs
     Nicole L. Drey
     Attorneys for Plaintiff Warner Bros. Home
     Entertainment Inc.

## EXHIBIT "A"

## COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| | ONE TREE HILL: Season Nine | |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | Warner Bros. Entertainment Inc. |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |
| | THE WIRE: Season One | |
| PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |

| PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
|---|---|---|
| PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |
| PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |
|  | THE WIRE: Season Two |  |
| PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
| | THE WIRE: Season Three | |
| PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |
| PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
| PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |
| PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |
| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| | THE WIRE: Season Four | |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |
| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |
| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
| | THE WIRE: Season Five | |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| APPLICATION PENDING | THE WIRE: Not For Attribution | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |
| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |
| | Rizzoli & Isles: Season Two | |
| Application Pending | Rizzoli & Isles: We Don't Need Another Hero | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Living Proof | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Sailor Man | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Don't Hate The Player | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Rebel Without A Pause | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Bloodlines | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Brown Eyed Girl | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: My Own Worst Enemy | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Gone Daddy Gone | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Remember Me | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Can I Get A Witness? | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: He Ain't Heavy, He's My Brother | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Seventeen Ain't So Sweet | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Don't Stop Dancing, Girl | Warner Bros. Entertainment Inc. |
| Application Pending | Rizzoli & Isles: Burning Down The House | Warner Bros. Entertainment Inc. |
| | True Blood: Season Four | |

| | | |
|---|---|---|
| PA 1-747-825 | True Blood: She's Not There | Home Box Office, Inc. |
| PA 1-747-826 | True Blood: You Smell Like Dinner | Home Box Office, Inc. |
| PA 1-748-869 | True Blood: If You Love Me, Why Am I Dyin? | Home Box Office, Inc. |
| PA 1-795-196 | True Blood: I'm Alive And On Fire | Home Box Office, Inc. |
| PA 1-795-199 | True Blood: ME And The Devil | Home Box Office, Inc. |
| PA 1-751-681 | True Blood: I Wish I Was The Moon | Home Box Office, Inc. |
| PA 1-756-282 | True Blood: Cold Grey Light Of Dawn | Home Box Office, Inc. |
| PA 1-756-538 | True Blood: Spellbound | Home Box Office, Inc. |
| PA 1-756-541 | True Blood: Let's Get Out Of Here | Home Box Office, Inc. |
| PA 1-756-540 | True Blood: Burning Down The House | Home Box Office, Inc. |
| PA 1-765-849 | True Blood: Soul Of Fire | Home Box Office, Inc. |
| PA 1-765-827 | True Blood: And When I Die | Home Box Office, Inc. |
| | Entourage: Season Eight | |
| PA 1-751-680 | Entourage: Home Sweet Home | Home Box Office, Inc. |
| PA 1-751-679 | Entourage: Out With A Bang | Home Box Office, Inc. |
| PA 1-759-114 | Entourage: One Last Shot | Home Box Office, Inc. |
| PA 1-759-119 | Entourage: Whiz Kid | Home Box Office, Inc. |
| PA 1-759-118 | Entourage: Motherf*cker | Home Box Office, Inc. |
| PA 1-764-686 | Entourage: The Big Bang | Home Box Office, Inc. |

| PA 1-765-845 | Entourage: Second To Last | Home Box Office, Inc. |
|---|---|---|
| PA 1-765-833 | Entourage: The End | Home Box Office, Inc. |
| | THE BIG BANG THEORY: Season Four | |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | Warner Bros. Entertainment Inc. |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | Warner Bros. Entertainment Inc. |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | Warner Bros. Entertainment Inc. |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | Warner Bros. Entertainment Inc. |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | Warner Bros. Entertainment Inc. |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | Warner Bros. Entertainment Inc. |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | Warner Bros. Entertainment Inc. |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | Warner Bros. Entertainment Inc. |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | Warner Bros. Entertainment Inc. |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | Warner Bros. Entertainment Inc. |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | Warner Bros. Entertainment Inc. |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | Warner Bros. Entertainment Inc. |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | Warner Bros. Entertainment Inc. |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor | Warner Bros. Entertainment Inc. |

| | Factor | |
|---|---|---|
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | Warner Bros. Entertainment Inc. |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | Warner Bros. Entertainment Inc. |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | Warner Bros. Entertainment Inc. |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | Warner Bros. Entertainment Inc. |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | Warner Bros. Entertainment Inc. |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | Warner Bros. Entertainment Inc. |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | Warner Bros. Entertainment Inc. |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | Warner Bros. Entertainment Inc. |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | Warner Bros. Entertainment Inc. |
| | CHUCK: Season Five | |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Bearded Bandit | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Frosted Tips | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Business Trip | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Hack Off | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Curse | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Santa Suit | Warner Bros. Entertainment Inc. |

| Application Pending | CHUCK: Chuck Versus The Baby | Warner Bros. Entertainment Inc. |
|---|---|---|
| Application Pending | CHUCK: Chuck Versus The Kept Man | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus Bo | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus The Bullet Train | Warner Bros. Entertainment Inc. |
| Application Pending | CHUCK: Chuck Versus Sarah | Warner Bros. Entertainment Inc. |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | Warner Bros. Entertainment Inc. |