J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Kevin M. Welch (SBN 254565)
kevin@kmwlawoffice.com
The Law Office of Kevin M. Welch
P.O. Box 494
Hermosa Beach, California  90245
Telephone:   (310) 929-0553
Facsimile:    (310) 698-1626

Attorney for Defendant
Dominic Pereira, an individual and d/b/a
Amazon.com Seller ElectronicAge

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., | Case No. CV12-6512 RSWL (CWx) |
| Plaintiff, | CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Dominic Pereira, an individual and d/b/a Amazon.com Seller ElectronicAge, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Dominic Pereira, an individual and d/b/a Amazon.com Seller ElectronicAge ("Defendant"),in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)    This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)    The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)    This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.


DATED:__2/20/2014_____       RONALD S.W. LEW
                                        _____
                                        Hon. Ronald S.W. Lew
                                        United States District Judge


PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

The Law Office of Kevin M. Welch

By: _____
        Kevin M. Welch
Attorney for Defendant Dominic Pereira,
 an individual and d/b/a Amazon.com Seller
ElectronicAge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 1-029-057 | 3000 Miles to Graceland | 3000 Miles Productions, Inc. |
| PA 1-052-288 | 61* | Home Box Office, Inc. ("HBO") |
| PA 1-065-861 | BAND OF BROTHERS: Currahee | HBO |
| PA 1-065-857 | BAND OF BROTHERS: Day Of Days | HBO |
| PA 1-065-856 | BAND OF BROTHERS: Carentan | HBO |
| PA 1-065-860 | BAND OF BROTHERS: Replacements | HBO |
| PA 1-065-854 | BAND OF BROTHERS: Crossroads | HBO |
| PA 1-065-859 | BAND OF BROTHERS: Bastogne | HBO |
| PA 1-057-373 | BAND OF BROTHERS: The Breaking Point | HBO |
| PA 1-057-372 | BAND OF BROTHERS: The Last Patrol | HBO |
| PA 1-057-371 | BAND OF BROTHERS: Why We Fight | HBO |
| PA 1-065-863 | BAND OF BROTHERS: Points | HBO |
| PA 1-320-979 | BIG LOVE: The Pilot | HBO |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |
| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PAu 1-353-322 | Christmas in Connecticut | Turner Entertainment Company ("TEC") |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |

| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
|---|---|---|
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-598-230 | CURB YOUR ENTHUSIASM: Meet The Blacks | HBO |
| PA 1-599-784 | CURB YOUR ENTHUSIASM: The Anonymous Donor | HBO |
| PA 1-593-628 | CURB YOUR ENTHUSIASM: The Ida Funkhouser Roadside Memorial | HBO |
| PA 1-599-779 | CURB YOUR ENTHUSIASM: The Lefty Call | HBO |
| PA 1-599-781 | CURB YOUR ENTHUSIASM: The Freak Book | HBO |
| PA 1-599-783 | CURB YOUR ENTHUSIASM: The Rat Dog | HBO |
| PA 1-599-780 | CURB YOUR ENTHUSIASM: The Tivo Guy | HBO |
| PA 1-602-801 | CURB YOUR ENTHUSIASM: The N Word | HBO |
| PA 1-596-544 | CURB YOUR ENTHUSIASM: The Therapists | HBO |
| PA 1-596-545 | CURB YOUR ENTHUSIASM: The Bat Mitzvah | HBO |
| PA 1-667-813 | CURB YOUR ENTHUSIASM: Funkhouser's Crazy Sister | HBO |
| PA 1-666-647 | CURB YOUR ENTHUSIASM: Vehicular Fellatio | HBO |
| PA 1-666-643 | CURB YOUR ENTHUSIASM: The Reunion | HBO |
| PA 1-666-644 | CURB YOUR ENTHUSIASM: The Hot Towel | HBO |
| PA 1-666-645 | CURB YOUR ENTHUSIASM: Denise Handicap | HBO |
| PA 1-666-646 | CURB YOUR ENTHUSIASM: The Bare Midriff | HBO |
| PA 1-666-648 | CURB YOUR ENTHUSIASM: The Black Swan | HBO |
| PA 1-666-649 | CURB YOUR ENTHUSIASM: Officer Krupke | HBO |
| PA 1-675-546 | CURB YOUR ENTHUSIASM: The Table Read | HBO |
| PA 1-675-545 | CURB YOUR ENTHUSIASM: Seinfeld | HBO |
| PA 645-897 | DAYBREAK | HBO |
| PA 1-227-680 | DEADWOOD: Deadwood | HBO |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |

| | | |
|---|---|---|
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| PA 1-324-842 | DEADWOOD: True Colors | HBO |
| PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| PA 1-663-226 | EASTBOUND & DOWN: Chapter 1 | HBO |
| PA 1-663-191 | EASTBOUND & DOWN: Chapter 2 | HBO |
| PA 1-663-239 | EASTBOUND & DOWN: Chapter 3 | HBO |
| PA 1-663-249 | EASTBOUND & DOWN: Chapter 4 | HBO |
| PA 1-663-248 | EASTBOUND & DOWN: Chapter 5 | HBO |
| PA 1-663-222 | EASTBOUND & DOWN: Chapter 6 | HBO |
| PA 1-712-251 | EASTBOUND & DOWN: Chapter 7 | HBO |
| PA 1-712-253 | EASTBOUND & DOWN: Chapter 8 | HBO |
| PA-1 712-250 | EASTBOUND & DOWN: Chapter 9 | HBO |
| PA 1-712-249 | EASTBOUND & DOWN: Chapter 10 | HBO |
| PA 1-715-046 | EASTBOUND & DOWN: Chapter 11 | HBO |
| PA 1-716-944 | EASTBOUND & DOWN: Chapter 12 | HBO |
| PA 1-716-945 | EASTBOUND & DOWN: Chapter 13 | HBO |

| | | |
|---|---|---|
| PA 1-280-550 | ENTOURAGE: The System | HBO |
| PA 1-275-228 | ENTOURAGE: The New Car | HBO |
| PA 1-283-280 | ENTOURAGE: Aquamansion | HBO |
| PA 1-283-279 | ENTOURAGE: The Offer | HBO |
| PA 1-218-704 | ENTOURAGE: Neighbors | HBO |
| PA 1-291-312 | ENTOURAGE: Chinatown | HBO |
| PA 1-280-655 | ENTOURAGE: The Sundance Kids | HBO |
| PA 1-280-656 | ENTOURAGE: Oh Mandy | HBO |
| PA 1-280-657 | ENTOURAGE: I Love You Too | HBO |
| PA 1-280-658 | ENTOURAGE: The Bat Mitzvah | HBO |
| PA 1-280-659 | ENTOURAGE: Blue Balls Lagoon | HBO |
| PA 1-280-660 | ENTOURAGE: Good Morning Saigon | HBO |
| PA 1-304-698 | ENTOURAGE: Exodus | HBO |
| PA 1-304-703 | ENTOURAGE: The Abyss | HBO |
| PA 1-335-588 | ENTOURAGE: Aquamom | HBO |
| PA 1-324-965 | ENTOURAGE: One Day In The Valley | HBO |
| PA 1-324-966 | ENTOURAGE: Dominated | HBO |
| PA 1-324-967 | ENTOURAGE: Guys And Dolls | HBO |
| PA 1-324-968 | ENTOURAGE: Crash And Burn | HBO |
| PA 1-342-217 | ENTOURAGE: Three's Company | HBO |
| PA 1-335-640 | ENTOURAGE: Strange Days | HBO |
| PA 1-335-591 | ENTOURAGE: The Release | HBO |
| PA 1-335-586 | ENTOURAGE: Vegas Baby, Vega! | HBO |
| PA 1-335-589 | ENTOURAGE: I Wanna Be Sedated | HBO |
| PA 1-335-587 | ENTOURAGE: What About Bob | HBO |
| PA 1-353-971 | ENTOURAGE: Sorry, Ari | HBO |
| PA 1-374-951 | ENTOURAGE: Less Than 30 | HBO |
| PA 1-374-952 | ENTOURAGE: Dog Day Afternoon | HBO |
| PA 1-374-953 | ENTOURAGE: Manic Monday | HBO |
| PA 1-374-954 | ENTOURAGE: Gotcha! | HBO |
| PA 1-374-955 | ENTOURAGE: Return Of The King | HBO |
| PA 1-374-956 | ENTOURAGE: The Resurrection | HBO |
| PA 1-379-031 | ENTOURAGE: The Prince's Bribe | HBO |
| PA 1-386-711 | ENTOURAGE: Adios Amigo | HBO |
| PA 1-386-709 | ENTOURAGE: Welcome To The Jungle | HBO |
| PA 1-386-797 | ENTOURAGE: The First Cut Is The Deepest | HBO |
| PA 1-386-798 | ENTOURAGE: Malibooty | HBO |
| PA 1-386-799 | ENTOURAGE: Sorry, Harvey | HBO |
| PA 1-386-804 | ENTOURAGE: The Dream Team | HBO |
| PA 1-386-796 | ENTOURAGE: The Weho Ho | HBO |

| | | |
|---|---|---|
| PA 1-589-422 | ENTOURAGE: The Day Fu*kers | HBO |
| PA 1-589-434 | ENTOURAGE: Gary's Desk | HBO |
| PA 1-589-433 | ENTOURAGE: The Young And The Stoned | HBO |
| PA 1-593-012 | ENTOURAGE: Snow Job | HBO |
| PA 1-593-014 | ENTOURAGE: No Cannes Do | HBO |
| PA 1-593-064 | ENTOURAGE: The Cannes Kids | HBO |
| PA 1-654-413 | ENTOURAGE: Fantasy Island | HBO |
| PA 1-654-416 | ENTOURAGE: Unlike A Virgin | HBO |
| PA 1-654-419 | ENTOURAGE: The All Out Fall Out | HBO |
| PA 1-654-421 | ENTOURAGE: Fire Sale | HBO |
| PA 1-654-422 | ENTOURAGE: Tree Trippers | HBO |
| PA 1-654-423 | ENTOURAGE: Redomption | HBO |
| PA 1-654-407 | ENTOURAGE: Gotta Look Up To Get Down | HBO |
| PA 1-654-411 | ENTOURAGE: First Class jerk | HBO |
| PA 1-661-871 | ENTOURAGE: Pie | HBO |
| PA 1-661-870 | ENTOURAGE: Seth Green Day | HBO |
| PA 1-663-847 | ENTOURAGE: Play'n With Fire | HBO |
| PA 1-654-410 | ENTOURAGE: Return To Queens Blvd. | HBO |
| PA 1-666-629 | ENTOURAGE: Drive | HBO |
| PA 1-666-634 | ENTOURAGE: Amongst Friends | HBO |
| PA 1-666-631 | ENTOURAGE: One Car, Two Car, Red Car, Blue Car | HBO |
| PA 1-666-613 | ENTOURAGE: Runnin' On E | HBO |
| PA 1-666-625 | ENTOURAGE: Fore! | HBO |
| PA 1-666-618 | ENTOURAGE: Murphy's Lie | HBO |
| PA 1-666-620 | ENTOURAGE: No More Drama | HBO |
| PA 1-666-622 | ENTOURAGE: The Sorkin Notes | HBO |
| PA 1-666-616 | ENTOURAGE: Security Brief's | HBO |
| PA 1-666-626 | ENTOURAGE: Berried Alive | HBO |
| PA 1-666-682 | ENTOURAGE: Scared Straight | HBO |
| PA 1-667-568 | ENTOURAGE: Give A Little Bit | HBO |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |

| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |
|---|---|---|
| PA 1-751-680 | ENTOURAGE: Home Sweet Home | HBO |
| PA 1-751-679 | ENTOURAGE: Out With A Bang | HBO |
| PA 1-759-114 | ENTOURAGE: One Last Shot | HBO |
| PA 1-759-119 | ENTOURAGE: Whiz Kid | HBO |
| PA 1-759-118 | ENTOURAGE: Motherf*cker | HBO |
| PA 1-764-686 | ENTOURAGE: The Big Bang | HBO |
| PA 1-765-845 | ENTOURAGE: Second To Last | HBO |
| PA 1-765-833 | ENTOURAGE: The End | HBO |
| PA 1-619-700 | Generation Kill: Get Some | HBO |
| PA 1-619-701 | Generation Kill: The Cradle of Civilization | HBO |
| PA 1-619-705 | Generation Kill: Screwby | HBO |
| PA 1-619-690 | Generation Kill: Combat Jack | HBO |
| PA 1-619-698 | Generation Kill: A Burning Dog | HBO |
| PA 1-619-691 | Generation Kill: Stay Frosty | HBO |
| PA 1-619-693 | Generation Kill: Bomb in the Garden | HBO |
| PA 1-686-580 | GOSSIP GIRL: Summer, Kind Of Wonderful | WBEI |
| PA 1-693-184 | GOSSIP GIRL: The Dark Night | WBEI |
| PA 1-686-586 | GOSSIP GIRL: The Ex-Files | WBEI |
| PA 1-686-581 | GOSSIP GIRL: The Serena Also Rises | WBEI |
| PA 1-686-663 | GOSSIP GIRL: New Haven Can Wait | WBEI |
| PA 1-686-600 | GOSSIP GIRL: Chuck In Real Life | WBEI |
| PA 1-686-595 | GOSSIP GIRL: Pret-A-Poor-J | WBEI |
| PA 1686-605 | GOSSIP GIRL: There Might Be Blood | WBEI |
| PA 1-686-602 | GOSSIP GIRL: Bonfire Of The Vanity | WBEI |
| PA 1-686-653 | GOSSIP GIRL: The Magnificent Archibalds | WBEI |
| PA 1-686-668 | GOSSIP GIRL: It's A Wonderful Life | WBEI |
| PA 1-686-676 | GOSSIP GIRL: O Brother, Where Bart Thou? | WBEI |
| PA 1-686-674 | GOSSIP GIRL: In The Realm Of The Basses | WBEI |
| PA 1-686-672 | GOSSIP GIRL: Gone With The Will | WBEI |
| PA 1-686-634 | GOSSIP GIRL: You've Got Yale! | WBEI |
| PA 1-686-678 | GOSSIP GIRL: Carrnal Knowledge | WBEI |
| PA 1-686-665 | GOSSIP GIRL: The Age Of Dissonance | WBEI |
| PA 1-686-638 | GOSSIP GIRL: The Grandfather | WBEI |
| PA 1-686-592 | GOSSIP GIRL: Remains Of The J | WBEI |
| PA 1-686-584 | GOSSIP GIRL: Seder Anything | WBEI |
| PA 1-686-582 | GOSSIP GIRL: Southern Gentlemen Prefer Blondes | WBEI |
| PA 1-686-644 | GOSSIP GIRL: The Wrath Of Con | WBEI |
| PA 1-686-641 | GOSSIP GIRL: Valley Girls | WBEI |
| PA 1-686-607 | GOSSIP GIRL: The Goodbye Gossip Girl | WBEI |

| | | |
|---|---|---|
| PA 1-679-056 | HOW TO MAKE IT IN AMERICA: Pilot | HBO |
| PA 1-687-852 | HOW TO MAKE IT IN AMERICA: Crisp | HBO |
| PA 1-681-874 | HOW TO MAKE IT IN AMERICA: Paper, Denim + Dollars | HBO |
| PA 1-679-711 | HOW TO MAKE IT IN AMERICA: Unhappy Birthday | HBO |
| PA 1-679-721 | HOW TO MAKE IT IN AMERICA: Big in Japan | HBO |
| PA 1-679-715 | HOW TO MAKE IT IN AMERICA: Good Vintage | HBO |
| PA 1-679-680 | HOW TO MAKE IT IN AMERICA: Keep on Truck'n | HBO |
| PA 1-697-759 | HOW TO MAKE IT IN AMERICA: Never Say Die | HBO |
| PA 1-666-650 | Hung: Pilot | HBO |
| PA 1-666-654 | Hung:  Great Sausage or Can I Call You Dick? | HBO |
| PA 1-666-672 | Hung: Strange Friends or the Truth is, You're Sexy | HBO |
| PA 1-666-661 | Hung: Pickle Jar | HBO |
| PA 1-666-657 | Hung: Do It, Monkey | HBO |
| PA 1-666-667 | Hung: Doris is Dead or Are We Rich or Are We Poor? | HBO |
| PA 1-667-560 | Hung: The Rita Flower or the Inedible Stench | HBO |
| PA 1-666-679 | Hung: Thith Ith a Prophetic or You Cum Just Right | HBO |
| PA 1-666-674 | Hung: This is America or Fifty Bucks | HBO |
| PA 1-667-733 | Hung: A Dick and a Dream or Fight the Honey | HBO |
| PA 1-709-033 | HUNG: Just The Tip | HBO |
| PA 1-709-034 | HUNG: Tucson Is The Gateway To Dick Or This Is Not Sexy | HBO |
| PA 1-709-030 | HUNG: Mind Bullets Or Bang Bang Bang Motherfucker | HBO |
| PA 1-699-183 | HUNG: Sing It Again, Ray Or Home Plate | HBO |
| PA 1-699-187 | HUNG: A Man, A Plan Or Thank You, Jimmy Carter | HBO |
| PA 1-699-180 | HUNG: Beaverland | HBO |
| PA 1-706-298 | HUNG: The Middle East Is Complicated | HBO |
| PA 1-706-294 | HUNG: Third Base Or That Rash | HBO |
| PA 1-706-293 | HUNG: Fat Off My Love Or I'm The Allergen | HBO |
| PA 1-709-045 | HUNG: Even Steven Or Luckiest Kid In Detroit | HBO |
| RE 891-343 | INSIDE OUT | McLean & Company |
| PAu 1-033-833 | Long Gone | The Landburg Company |
| PA 360-067 | Moving | Warner Brothers, Inc. ("WBI") |
| PA 1-654-093 | NIP/TUCK: Blue Mondae | WBEI |
| PA 1-654-112 | NIP/TUCK: Burt Landau | WBEI |

| | | |
|---|---|---|
| PA 1-654-117 | NIP/TUCK: Cindy Plumb | WBEI |
| PA 1-654-114 | NIP/TUCK: Conor McNamara | WBEI |
| PA 1-654-096 | NIP/TUCK: Conor McNamara, 2026 | WBEI |
| PA 1-654-095 | NIP/TUCK: Dawn Budge | WBEI |
| PA 1-654-107 | NIP/TUCK: Diana Lubey | WBEI |
| PA 1-654-100 | NIP/TUCK: Faith Wolper. PH.D | WBEI |
| PA 1-654-110 | NIP/TUCK: Gala Gallardo | WBEI |
| PA 1-654-115 | NIP/TUCK: Liz Cruz | WBEI |
| PA 1-654-105 | NIP/TUCK: Merrill Bobolit | WBEI |
| PA 1-654-097 | NIP/TUCK: Monica Wilder | WBEI |
| PA 1-654-094 | NIP/TUCK: Reefer | WBEI |
| PA 1-654-102 | NIP/TUCK: Shari Noble | WBEI |
| PA 1-654-108 | NIP/TUCK: Willy Ward | WBEI |
| PA 1-848-668 | NIP/TUCK: Carly Summers | WBEI |
| PA 1-848-666 | NIP/TUCK: Joyce and Sharon Monroe | WBEI |
| PA 1-848-665 | NIP/TUCK: Everett Poe | WBEI |
| PA 1-848-624 | NIP/TUCK: Dawn Budge II | WBEI |
| PA 1-848-578 | NIP/TUCK: Chaz Darling | WBEI |
| PA 1-848-502 | NIP/TUCK: Damien Sands | WBEI |
| PA 1-848-662 | NIP/TUCK: Dr. Joshua Lee | WBEI |
| PA 1-848-566 | NIP/TUCK: Duke Collins | WBEI |
| PA 1-855-207 | NIP/TUCK: Rachel Ben Natan | WBEI |
| PA 1-848-664 | NIP/TUCK: Magda and Jeff | WBEI |
| PA 1-848-645 | NIP/TUCK: Kyle Ainge | WBEI |
| PA 1-855-204 | NIP/TUCK: Lulu Grandiron | WBEI |
| PA 1-848-562 | NIP/TUCK: August Walden | WBEI |
| PA 1-848-556 | NIP/TUCK: Candy Richards | WBEI |
| PA 1-708-363 | NIP/TUCK: Ronnie Chase | WBEI |
| PA 1-708-374 | NIP/TUCK: Gene Shelly | WBEI |
| PA 1-708-386 | NIP/TUCK: Roxy St. James | WBEI |
| PA 1-708-401 | NIP/TUCK: Ricky Wells | WBEI |
| PA 1-708-522 | NIP/TUCK: Manny Skerritt | WBEI |
| PA 1-708-506 | NIP/TUCK: Budi Sabri | WBEI |
| PA 1-708-504 | NIP/TUCK: Allegra Caldarello | WBEI |
| PA 1-708-500 | NIP/TUCK: Giselle Blaylock And Legend Chandler | WBEI |
| PA 1-708-582 | NIP/TUCK: Don Hoberman | WBEI |
| PA 1-711-947 | NIP/TUCK: Enigma | WBEI |
| PA 1-708-611 | NIP/TUCK: Briggitte Reinholt | WBEI |
| PA 1-708-577 | NIP/TUCK: Jenny Juggs | WBEI |
| PA 1-708-528 | NIP/TUCK: Abigail Sullivan | WBEI |

| | | |
|---|---|---|
| PA 1-708-347 | NIP/TUCK: Alexis Stone | WBEI |
| PA 1-708-345 | NIP/TUCK: Alexis Stone II | WBEI |
| PA 1-708-335 | NIP/TUCK: Lola Wlodkowski | WBEI |
| PA 1-708-466 | NIP/TUCK: Benny Nilsson | WBEI |
| PA 1-708-343 | NIP/TUCK: Wesley Clovis | WBEI |
| PA 1-711-948 | NIP/TUCK: Dan Daly | WBEI |
| PA 1-708-348 | NIP/TUCK: Willow Banks | WBEI |
| PA 1-708-349 | NIP/TUCK: Joel Seabrook | WBEI |
| PA 1-708-330 | NIP/TUCK: Sheila Carlton | WBEI |
| PA 1-708-627 | NIP/TUCK: Virginia Hayes | WBEI |
| PA 1-708-631 | NIP/TUCK: Christian Troy II | WBEI |
| PA 1-708-342 | NIP/TUCK: Dr. Griffin | WBEI |
| PA 1-708-621 | NIP/TUCK: Walter & Edith Krieger | WBEI |
| PA 1-708-478 | NIP/TUCK: Hiro Yoshimura | WBEI |
| PA 1-250-670 | Ocean's Twelve | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PAu 2-231-862 | OZ: The Routine | Rysher Entertainment, Inc. ("REI") |
| PAu 2-231-865 | OZ: Visits, Conjugal and Otherwise | REI |
| PAu 2-231-864 | OZ: God's Chillin' | REI |
| Pau 2-231-861 | OZ: Capital P | REI |
| PAu 2-231-863 | OZ: Straight Life | REI |
| PAu 2-231-868 | OZ: To Your Health | REI |
| PAu 2-231-867 | OZ: Plan B | REI |
| PAu 2-231-866 | OZ: A Game of Checkers | REI |
| PA 910-558 | OZ: The Tip | REI |
| PA 910-559 | OZ: Ancient Tribes | REI |

| PA 910-560 | OZ: Great Men | REI |
|---|---|---|
| PA 910-561 | OZ: Losing Your Appeal | REI |
| PA 910-562 | OZ: Family Bizness | REI |
| PA 910-563 | OZ: Strange Bedfellows | REI |
| PA 910-564 | OZ: Animal Farm | REI |
| PA 910-565 | OZ: Escape From Oz | REI |
| PA 949-518 | OZ: The Truth And Nothing But… | REI |
| PA 949-519 | OZ: Napoleon's Boney Parts | REI |
| PA 949-520 | OZ: Legs | REI |
| PA 949-521 | OZ: Unnatural Disasters | REI |
| PA 949-476 | OZ: US Male | REI |
| PA 951-220 | OZ: Cruel And Unusual Punishments | REI |
| PA 949-475 | OZ: Secret Identities | REI |
| PA 949-474 | OZ: Out O'Time | REI |
| PA 1-082-866 | OZ: A Cock And Balls Story | REI |
| PA 1-082-871 | OZ: Obituaries | REI |
| PA 1-082-870 | OZ: The Bill Of Wrongs | REI |
| PA 1-082-849 | OZ: Works Of Mercy | REI |
| PA 1-082-839 | OZ: Gray Matter | REI |
| PA 1-082-838 | OZ: A Word To The Wise | REI |
| PA 1-082-869 | OZ: A Town Without Pity | REI |
| PA 1-082-868 | OZ: You Bet Your Life | REI |
| PA 1-082-864 | OZ: Medium Rare | REI |
| PA 1-082-872 | OZ: Conversions | REI |
| PA 1-082-851 | OZ: Revenge Is Sweet | REI |
| PA 1-082-867 | OZ: Cuts Like A Knife | REI |
| PA 1-082-837 | OZ: The Blizzard Of '01 | REI |
| PA 1-082-835 | OZ: Orpheus Descending | REI |
| PA 1-082-836 | OZ: Even The Score | REI |
| PA 1-082-850 | OZ: Famous Last Words | REI |
| PA 1-083-217 | OZ: Visitation | REI |
| PA 1-083-216 | OZ: Laws Of Gravity | REI |
| PA 1-083-213 | OZ: Dream A Little Dream Of Me | REI |
| PA 1-083-219 | OZ: Next Stop : Valhalla | REI |
| PA 1-083-218 | OZ: Wheel Of Fortune | REI |
| PA 1-083-214 | OZ: Variety | REI |
| PA 1-083-215 | OZ: Good Intentions | REI |
| PA 1-857-095 | OZ: Impotence | REI |
| PA 1-110-983 | OZ: Dead Man Talking | HBO |
| PA 1-110-984 | OZ: See No Evil, Hear No Evil, Smell No Evil | HBO |

| | | |
|---|---|---|
| PA 1-110-985 | OZ: Sonata Da Oz | HBO |
| PA 1-110-986 | OZ: A Failure To Communicate | HBO |
| PA 1-110-987 | OZ: 4giveness | HBO |
| PA 1-122-978 | OZ: A Day In The Death | HBO |
| PA 1-122-977 | OZ: Junkyard Dawgs | HBO |
| PA 1-138-942 | OZ: Exeunt Omnes | HBO |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |

| | | |
|---|---|---|
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 207-467 | Reckless | M G M/U A Entertainment Company ("MGM") |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-227-928 | Scooby-Doo 2: Monsters Unleashed | WBEI |
| PA 245-306 | Scooby-Doo: Halloween Hassle at Dracula's Castle | Hanna-Barbera Productions, Inc. ("HBP") |
| PA 624-068 | Sinbad: Afros And Bellbottoms | David & Goliath Productions, Inc. ("DGP") |
| PA 1-036-169 | Sweet November | Bel Air Pictures, LLC & Warner Brothers, a division of Time Warner Entertainment Company, LP ("BAP") |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy | WBEI |

| | | |
|---|---|---|
| | Substitution | |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-324-969 | SOPRANOS, THE: Members Only | Home Box Office, Inc. and Samax, Inc. ("HBO") |

| | | |
|---|---|---|
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | Warner Bros. Entertainment Inc.; CBS Studios Inc. ("WBEI") |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The | WBEI |

| | | |
|---|---|---|
| | Neighborhood | |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI |
| PA 1-085-787 | THE WIRE: The Target | HBO |
| PA 1-085-788 | THE WIRE: The Detail | HBO |
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |

| | | |
|---|---|---|
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu 2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu 2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu 2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |

| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
|---|---|---|
| PA 1-798-349 | THE WIRE: Not For Attribution | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 401-549 | They Drive By Night | TEC |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| RE 129-543 | Warner Brothers Golden Jubilee 24 Karat Collection Pepe Le Pew's Skunk Tales : Past Perfumance | WBI |
| RE 341-382 | Warner Brothers Golden Jubilee 24 Karat Collection Pepe Le Pew's Skunk Tales : Who Scent You? | WBI |
| RE 81-510 | Warner Brothers Golden Jubilee 24 Karat Collection Pepe Le Pew's Skunk Tales : The Cat's Bah | WBI |
| RE 48-102 | Warner Brothers Golden Jubilee 24 Karat Collection Pepe Le Pew's Skunk Tales : Much Ado About Nutting | WBI |
| RE 286-225 | Warner Brothers Golden Jubilee 24 Karat Collection Pepe Le Pew's Skunk Tales : Really Scent | WBI |